alonzo
A



# CarShield

## Vehicle Protection Plan

Plans Administered By:



AMERICAN
AUTO★SHIELD



*Welcome to the*

**CarShield** *Family*

---

# Convenience is just an app away.

All your contact information and benefits in one easy to use place.

   

Download the app and get instant access to:

- CarShield Rewards *(Discounts on great places you're already shopping)*
- Request 24/7 Roadside Assistance
- Get Coverage Details
- File A Claim
- Contact Customer Service
- Download or Email Your Contract
- Even Make A Payment

Jeremiah Dutcher,

Congratulations!  Your valuable mechanical breakdown protection is detailed in the enclosed contract booklet.  Please look it over and call with any questions you may have. Thank you for your purchase; we look forward to servicing your protection needs.  Please call us for a quote on any other vehicle in your household, as multi vehicle discounts may apply.

Be sure to familiarize yourself with the coverage, maintenance requirements, and procedures in the event of a mechanical breakdown.  Proper maintenance of your vehicle will contribute to a trouble free driving experience.

We encourage you to store your new service agreement in your vehicle as it may be needed in the event of a breakdown.

Welcome to our family of vehicle owners that have the peace of mind and financial security of mechanical breakdown protection.

## ADMINISTRATOR:
American Auto Shield
1597 Cole Blvd Suite 200
Lakewood, CO  80401
Claims:  800-859-9923
Roadside:  866-222-7869

## MARKETER/SELLER:
CARSHIELD
503 Pearl Drive
St. Peters, MO 63376
Customer Service:
636-542-5798
Toll Free: 800-587-4960

## COVERAGE SUMMARY
# Diamond

## Component Groups with Coverage

- Engine
- Transmission
- Cooling System
- Transfer Unit (4×4)
- Drive Axle
- Electrical
- Steering
- Air Conditioning
- Brake System

- Suspension
  Certain suspension items are covered. (Shocks & Struts excluded)
- Electronic Hi-Tech
- Fuel Delivery System
- Turbo Charger (if applicable)
- Audio Center
- Seals, Sealing Boots and Gaskets
  Leaking seals and gaskets are covered on a stand-alone basis for the parts listed.

Covered items may be subject to certain terms and conditions. Please consult your attached contract for specific details and exclusions as not all parts in a component group are covered. The Terms and Conditions provided within this coverage book are the sole legal benefits.

WCS05D

# Vehicle Service Contract
# Declarations Page

AMERICAN
AUTO·SHIELD

**Administered By:**
American Auto Shield, LLC
1597 Cole Blvd Suite 200
Lakewood, CO 80401
**Phone: 1-800-859-9923**
Fax: 1-303-420-7543

## CONTRACT #:  ABF3783803

### PURCHASER INFORMATION (YOU & YOUR)

Jeremiah Dutcher
3000 Custer Rd Ste 270 206
Plano, TX 75075-4422
615-331-7262

### OBLIGOR

American Auto Shield, LLC
1597 Cole Blvd Suite 200
Lakewood, CO 80401
720-376-6885 or 800-859-9923

### VENDOR INFORMATION

CARSHIELD
503 Pearl Drive
St. Peters, MO 63376
636-542-5798 or Toll Free: 800-587-4960

### VEHICLE INFORMATION

**VIN:** 1V2ER2CA8KC502881
**Year:** 2019
**Make:** VOLKSWAGEN
**Model:** ATLAS

### PLAN INFORMATION

**Coverage:** Diamond 3Y Elite

**Term Months:** 60 from Sale Date        **Term Miles:** 100,000

**Waiting Period:** | Section C Coverage: No Waiting Period.  All Other:  30 Days AND 1,000 Miles, OR 90 Days AND 200 Miles from the Contract Effective Date.

**Contract Effective Date:** 07/08/2021        **Expiration Date\*:**  08/06/2026  **Midnight EST**

**Odometer Reading:** 17,212        **Expiration Miles\*:** 101,000  *\* Whichever Occurs First*

**Contract Price:** $2093.00        **Vehicle Class:** 5

**Deductible:** $ 100        **Plan Type:** ABDIAM

**Additional Options:** LEP EMIS MLR        **Surcharges:**

**Lienholder:** Mepco  INSTALLMENT AGREEMENT

The CONTRACT purchaser, whose signature appears below, acknowledges that: the information contained above is, to the best of YOUR knowledge, true; and agrees to the terms and conditions set forth in the CONTRACT. Neither the VENDOR, OBLIGOR, nor the ADMINISTRATOR authorizes anyone to create for them any obligation or liability that does not appear in writing in the CONTRACT.  YOU agree to maintain the Covered VEHICLE in accordance with the Manufacturer's and CONTRACT'S stated periodic maintenance requirements and keep all receipts of such maintenance service.  YOU understand that prior authorization from the ADMINISTRATOR must be received before services are performed under the CONTRACT. COVERAGE is not afforded to the "Optional Coverages" items listed unless the corresponding code is/are shown above in Additional Options.  **The purchase of this CONTRACT is not required in order to obtain financing for the VEHICLE.**  This CONTRACT is neither an insurance policy nor a seller's warranty. This CONTRACT may run concurrent with and is secondary to any applicable manufacturer's warranty. This CONTRACT applies only to the above described VEHICLE.  **The aggregate limit of liability of all claims and benefits payable under this CONTRACT is either the actual cash value of the VEHICLE based upon the NADA Average Trade-In Value at the time of claim or $15,000.00, whichever is greater. (See Section K.)**

| */s/ David Buehrle* | | *CARSHIELD* | 07/08/2021 |
|---|---|---|---|
| Phone Authorized Agent | 07/08/2021 | | |
| Contract Purchaser's Signature (You) | Date | Vendor's Signature | Date |

**This DIAMOND COVERAGE CONTRACT encompasses the Repair or Replacement of ALL Components & Parts of YOUR VEHICLE Except for the Items Listed in Section B. of this CONTRACT (CONTRACT DESCRIPTION).**

**BELOW IS JUST A "SMALL SAMPLE" OF SOME OF THE PARTS THAT ARE COVERED BY THIS CONTRACT.**

**ENGINE (Gas or Diesel)**: All internally lubricated parts within the Engine including: engine mounts and cushions; engine torque strut; timing belt, timing gears, guides, chain, tensioners and retainers; eccentric shaft; harmonic balancer; rear main seal housing; flywheel (flexplate) and flywheel ring gear; all pulleys; intake and exhaust manifolds; cylinder head intake and exhaust valves, valve springs, valve guides, valve seats; and oil pump.  The engine block; engine heads; cylinder barrels; timing cover; valve cover(s); oil pan are covered ONLY if damage is caused by a FAILURE of any internally lubricated part within the Engine.

**TRANSMISSION (Automatic or Standard)**:  All internally lubricated parts within the Transmission, including the torque converter; transmission mounts and internal linkage; and control modules and solenoids.  The transmission case and torque converter case covered ONLY if damage is caused by a FAILURE of any internally lubricated part within the Transmission.

**COOLING SYSTEM:**  Radiator, water pump and housings.

**TRANSFER UNIT (4X4):**   All internally lubricated parts within the Transfer Case, including control modules.  The Transfer Case is covered ONLY if damage is caused by a FAILURE of any internally lubricated part within the Transfer Unit.

**DRIVE AXLE:** All internally lubricated parts within the Drive Axle housings, including the axle shafts and constant velocity joints; universal joints; flexible joints; drive shafts; locking hubs; locking rings; supporters, and retainers and bearings.  The differential housing, transaxle housing and final drive housing are covered ONLY if damage is caused by a FAILURE of any internally lubricated part within the Drive Axle.

**ELECTRICAL**: Alternator; combination turn signal switch; control modules; cruise control transducer, engagement switch and servo; distributor; gauges; horns; starter motor; front and rear wiper motors, electric seat motors, electric window motors, power antenna motors, and power door lock actuator; washer pumps; relays; starter and starter solenoid manually operated switches; voltage regulator; window regulators; and wiring harnesses for listed covered components.

**STEERING**:  All internally lubricated parts within the Steering Gear housing including; power steering pump; main and intermediate shafts; couplings; pitman arm; idler arm; rack and pinion; and tie rod ends and drag/center link.  The steering gear housing is covered ONLY if the damage is caused by the FAILURE of an internally lubricated part.

**AIR CONDITIONING**:    Compressor; condenser; clutch pulley and clutch coils; evaporator core; accumulator; receiver/dryer; orifice; expansion valve; serpentine belt tensioner; temperature control unit; blower motor; and air door actuators/motors.

**SUSPENSION**:  Upper and lower control, radius, thrust and trailing arms; shafts and bushings; upper and lower ball joints; steering knuckles; stabilizer shaft, linkage and bushings; track bar and bushings; kingpin and bushings; spindle and spindle supports; torsion bars, coil and leaf springs; and wheel bearings.

**BRAKES**:  Master cylinder; power assist booster; vacuum assist booster pump; wheel cylinders; combination (proportioning) valves; disc calipers; self-adjusters; and actuators.

**ELECTRONIC HIGH-TECH**:  Pneumatic suspension level control compressor, sensors and limiter valve; electronic coil packs; speed sensors; crankshaft position sensor; camshaft position sensor; instrument cluster; knock sensors; vehicle manufacturer installed anti-theft device; and anti-locking brake ("ABS") pump, pressure control module and pressure control valve.

**FUEL DELIVERY**: Fuel injectors; fuel pumps; fuel injection pump; fuel tank; pressure regulator.

**TURBO-CHARGER:**  All internally lubricated parts of the vehicle manufacturer installed turbo-charger or supercharger.  The housing is covered ONLY if damaged by the failure of a lubricated internal part.

**SEALS, SEALING BOOTS and GASKETS**:  Leaking seals and gaskets are covered on a stand-alone basis for the parts listed above.

**AUDIO CENTER:** Vehicle manufacturer installed standalone radios, magnetic tape players/recorders, compact disc players, and graphic equalizers. Coverage does not include remote compact disc players/changers, regardless of location.



**American Auto Shield, LLC**
**1597 Cole Boulevard Suite 200**
**Lakewood, CO 80401**
**720-376-6885 or 800-859-9923**

## DIAMOND COVERAGE WITH ROADSIDE ASSISTANCE

In consideration of the payment made by YOU of the amount specified on the DECLARATIONS PAGE, and in reliance upon the warranties and representations made by YOU, the ADMINISTRATOR agrees to pay for the repair or replacement of COVERED PARTS due to MECHANICAL BREAKDOWN or FAILURE sustained during the contract period. COVERAGE provided by the ADMINISTRATOR to YOU is subject to the Definitions, Conditions, Exclusions, Limits, and all provisions outlined in YOUR CONTRACT.

**NO PERSON HAS THE AUTHORITY TO CHANGE THIS CONTRACT OR TO WAIVE ANY OF ITS PROVISIONS. THIS CONTRACT IS FOR THE SOLE BENEFIT OF THE PURCHASER NAMED ON THE DECLARATIONS PAGE OF THE CONTRACT AND APPLIES ONLY TO THE VEHICLE DESCRIBED ON THE DECLARATIONS PAGE OF THIS CONTRACT.**

**A. DEFINITIONS**

The following terms have specific meaning when capitalized and used within this CONTRACT:

1. **ADMINISTRATOR, SERVICE CONTRACT PROVIDER, OBLIGOR:** Means American Auto Shield, LLC the party obligated under this CONTRACT. American Auto Shield, LLC, 1597 Cole Boulevard Suite 200, Lakewood, Colorado 80401; phone: 720-376-6885 or 800-859-9923 and fax: 303-420-7543, this is who YOU contact for all CONTRACT MECHANICAL BREAKDOWN or FAILURE for covered repairs, cancellations and any other questions regarding YOUR CONTRACT. **Important Notice: ADMINISTRATOR'S authorization for CONTRACT MECHANICAL BREAKDOWN or FAILURE for covered repairs and additional benefits is always required prior to any service being performed. See section F for additional information and instructions.**

2. **COMMERCIAL VEHICLE:** Any VEHICLE that is used for business purposes (to generate financial income, full or part-time). See Section G regarding additional definitions, underwriting availability and exclusions.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

3. **CONTRACT:** Means this vehicle service contract COVERAGE that YOU have selected and purchased from the VENDOR as listed on the DECLARATIONS PAGE of the CONTRACT.

4. **COVERAGE:** Means the component protection COVERAGE YOU have selected and purchased under this CONTRACT.

5. **COVERED PART:** Means any part or component of the VEHICLE that is not specifically excluded from COVERAGE under this CONTRACT (see section B. titled "COVERAGE Description").

6. **DECLARATIONS PAGE:** Means the page of this CONTRACT that specifies the purchaser information, the VENDOR information, the lien holder information, the plan information, and other key information specific to YOUR CONTRACT and is titled "DECLARATIONS PAGE".

7. **DEDUCTIBLE:** Means the amount YOU must pay for repairs of COVERED PARTS per visit, as listed on the DECLARATIONS PAGE of this CONTRACT.

8. **MECHANICAL BREAKDOWN or FAILURE:** Means the MECHANICAL BREAKDOWN or FAILURE of any original or like replacement part covered by YOUR CONTRACT to work as it was designed to work in normal service, providing the VEHICLE has received required maintenance as defined in Section E of this CONTRACT entitled "VEHICLE MAINTENANCE REQUIREMENTS" and does not include worn parts that are within manufacturer tolerances. Please refer to the wording under exclusions for a listing of conditions under which the FAILURE of a COVERED PART is not considered a covered MECHANICAL BREAKDOWN or FAILURE.

9. **REPAIR FACILITY:** Means any licensed automotive REPAIR FACILITY capable of performing repair services to a COVERED PART, approved by the ADMINISTRATOR, and at which YOU seek to acquire service under this CONTRACT.

10. **VEHICLE:** Means the VEHICLE described in the DECLARATIONS PAGE of YOUR CONTRACT.

11. **VENDOR:** Means the company from whom YOU purchased this CONTRACT. VENDOR information can be found on the DECLARATIONS PAGE of this CONTRACT.

12. **WAITING PERIOD:** Means the period specified on the DECLARATIONS PAGE. However, if you have purchased this CONTRACT while another service contract or manufacturer warranty is in force for the VEHICLE that names YOU as the holder then the WAITING PERIOD may be shortened and will end upon expiration of said contract or warranty by time or miles if such expiration occurs before the WAITING PERIOD stipulated on the DECLARATIONS PAGE of YOUR CONTRACT. Thirty (30) days and one-thousand (1000) miles will be added to the term of the CONTRACT.

13. **WE, US, OUR:** Means American Auto Shield, LLC.

14. **YOU, YOUR:** Means the CONTRACT purchaser named on the DECLARATIONS PAGE of YOUR CONTRACT.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

## B.  COVERAGE DESCRIPTION

1.  **"DIAMOND" COVERAGE** covers all components of the vehicle, except for the following items:

    a.  Paint; carpeting; upholstery; fabric; VEHICLE frame; the following parts of the manual/ hydraulic clutch assembly: friction disc, pressure plate, throw-out bearing, pilot bearing; rubber hoses and combination rubber/metal lines; moldings; PCV Valve; distributor cap/rotor; wheels and wheel covers; seat belts and retractors; seat heaters integrated in upholstery; clock spring; battery and cables; nuts, bolts, and fasteners; rubber body parts; VEHICLE body panels and components; trim; weather stripping; ducting and tubing; illumination of any kind, including but not limited to lenses, light bulbs, headlight and/ or taillight assemblies, LED lighting and sealed beams; exhaust system; keyless entry pad and transmitters; brake pads, drums, rotor, and shoes; canvas; fiberglass, vinyl or fabric tops; convertible tops and sunroofs not including motors; remote compact disc changers; buttons; handles; door hinges; glass and glass assemblies; audio components not installed by the factory,; any part not Manufacturer/Factory installed; any remote controls, wireless hand-held controls, game cartridges, headphones, DVD's, MP3 Players or programming; GPS components and any other parts combined with GPS component(s); CB radios; bright metal; sheet metal; bumpers; ornamental moldings; welds; winch; catalytic converters; spark plugs and wires; glow plugs; wheel balancing; hoses; belts; wiper blades; restraint belts; hydraulic suspension control systems; struts; bearings, mounts, and housing; shock absorbers; interior and exterior trim items; carburetor; throttle body assembly; body seals and gaskets; plastic and framing.

    Tires are excluded unless the damaged unit is an original VEHICLE manufacturer equipped tire, or replacement tire of the same size and type, with no less that 5/32" tread depth that is properly installed on YOUR VEHICLE. Reimbursement is based on the price of original tires purchased with YOUR VEHICLE and is limited to $25.00 per tire to repair and $200.00 per tire replacement with a maximum lifetime CONTRACT benefit of $500.00 (as permitted by law in YOUR state). Tire repair or replacement is only available for damage caused by a road hazard. Damage caused by negligence, abuse, misuse, collision, manufacturer's defects, curb impact, valve or rim leaks, improper installation, dry rot in either sidewall or treads, tire chains, racing or off-road use, vandalism, fire, theft, driving on underinflated, overinflated or unevenly worn tires are not covered.

    b.  Parts, items and conditions listed in the Exclusions section of this Contract.

    c.  Notwithstanding the exclusions listed above, the following specifically named VEHICLE Manufacturer/Factory installed parts are covered: Radio/GPS/Navigation Components; integrated radio/GPS: Liquid Crystal

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

Display (LCD) Screens; DVD Players; Rearview Back-up Camera and Sensors; Voice Activation Systems; Standalone seat heaters not integrated in upholstery; Sunroof and Convertible Top Motors. COVERAGE is limited to either 1(one) replacement or 1 (one) repair per component for the life of the Contract. Coverage is limited only to FAILURES of the "base unit" and does not cover any remote controls, wireless hand-held controls, game cartridges, headphones, DVD's, MP3 Players, programming, or any other non-listed parts for the covered luxury electronic part items above. **Any aftermarket components are specifically excluded from coverage.**

## C.   ADDITIONAL BENEFITS

The following ADDITIONAL BENEFITS **for YOUR covered VEHICLE** are provided with YOUR CONTRACT, except where prohibited by law. These benefits apply during the WAITING PERIOD:

1. ROADSIDE ASSISTANCE: YOUR CONTRACT provides YOU with an emergency road service program when needed, 24 hours a day, 365 days a year. Emergency Roadside services are provided by Roadside Protect, Inc. by Signature's Nationwide Auto Club, Inc. If YOUR VEHICLE becomes disabled, call **866-222-7869** and a service vehicle will be dispatched to YOU. There is a combined Five Hundred Dollar ($500.00) maximum limit for such emergency road service benefits as listed below for the term of YOUR CONTRACT. YOUR CONTRACT DEDUCTIBLE does not apply to roadside assistance. YOUR ROADSIDE ASSISTANCE BENEFITS include:

   a. TOWING SERVICE: If YOUR VEHICLE cannot be started or driven, YOU are covered up to One Hundred Twenty-Five Dollars ($125.00) per occurrence for towing expenses.

   b. EMERGENCY TIRE SERVICE: If YOUR VEHICLE has a flat or damaged tire, YOU are covered up to a maximum of One Hundred Twenty-Five Dollars ($125.00) per occurrence for service to change an inflated spare provided by YOU.

   c. LOCKOUT SERVICE: If YOU misplace, break, or accidentally lock YOUR keys in YOUR VEHICLE, dispatch will provide locksmith or emergency VEHICLE service to assist YOU. Lockout service is limited to One Hundred Twenty-Five Dollars ($125.00) per occurrence.  The cost of new keys is not covered.

   d. BATTERY SERVICE: If the battery for YOUR VEHICLE fails, battery jump start services will be provided up to a maximum of One Hundred Twenty-Five Dollars ($125.00) per occurrence.

   e. FUEL DELIVERY SERVICE: In case it is necessary for the operation of YOUR VEHICLE, a service VEHICLE will deliver oil, fuel, or water to YOU. YOU are responsible for the cost of the oil and fuel.  In the event that local state regulations prohibit the delivery of flammable materials (e.g., gas),

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

YOU may have YOUR VEHICLE towed to the nearest gas station as provided under the "Towing Service" paragraph above. Fuel Delivery services are limited to One Hundred Twenty-Five Dollars ($125.00) per occurrence.

    f.  WINCHING: YOU are covered for winching services provided YOUR VEHICLE is within one hundred (100) feet of a public road (excludes off-road driving). Winching services are limited to One Hundred Twenty-Five Dollars ($125.00) per occurrence.

2. CAR RENTAL REIMBURSEMENT: If YOUR VEHICLE becomes inoperable and must remain at the REPAIR FACILITY and the MECHANICAL BREAKDOWN or FAILURE has been authorized by the ADMINISTRATOR for four (4) or more hours of labor, the ADMINISTRATOR agrees to reimburse YOU for rental car transportation from a licensed vehicle rental company (except where prohibited by law). Such expense shall be limited to Forty Dollars ($40.00) per calendar day not to exceed Two Hundred Eighty Dollars ($280.00) per occurrence including delays associated with ADMINISTRATOR required inspections or the shipment of parts needed for covered repairs. WE reserve the right to select the rental car company that YOU use. YOUR car rental benefit is based upon the number of labor hours required to repair YOUR VEHICLE as listed in a nationally recognized labor time guide selected by the ADMINISTRATOR. Each additional eight (8) hours of authorized labor qualifies YOU for an additional day of rental reimbursement, subject to the Forty Dollars ($40.00) per day and Two Hundred Eighty Dollars ($280.00) per occurrence limit of liability, as well as the aggregate limit of liability for this Contract. Rental car benefits require prior authorization by the ADMINISTRATOR.

3. TRIP INTERRUPTION REIMBURSEMENT: If YOUR VEHICLE becomes inoperable more than one hundred (100) miles from YOUR home and must remain at the REPAIR FACILITY overnight as a result of a MECHANICAL BREAKDOWN or FAILURE authorized by the ADMINISTRATOR, WE will reimburse YOU for motel and restaurant expenses up to fifty (50) dollars per day for a maximum of three (3) days. The maximum benefit per occurrence is one hundred fifty (150) dollars and total trip interruption benefits are subject to the aggregate limit of liability for this Contract. To receive motel and restaurant reimbursement, YOU must supply US with receipts from the providers of such services.

---

**D.**   <u>**EXCLUSIONS – The following items are not covered by this CONTRACT:**</u>

    1.  **MECHANICAL BREAKDOWN OR FAILURE:**

        a.  **WHEN REPAIRS ARE PERFORMED WITHOUT PRIOR AUTHORIZATION FROM THE ADMINISTRATOR, EXCEPT FOR EMERGENCY REPAIRS COMPLETED IN CONFORMITY WITH THE PROVISIONS AND SUBJECT TO THE LIMITATIONS SET FORTH IN SECTION F, PARAGRAPH 11;**

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

b. CAUSED BY A LACK OF MAINTENANCE OR MAINTENANCE ITEMS SUCH AS, BUT NOT LIMITED TO, CONSTANT VELOCITY JOINT BOOTS, TIMING BELT, BRAKE PADS OR SHOES, FILTERS, OIL AND OTHER FLUID CHANGES ;

c. CAUSED BY ACTS OF NATURE, OR BY ANY EXTERNAL CAUSE SUCH AS, BUT NOT LIMITED TO: COLLISION, FIRE OR SMOKE, THEFT, FREEZING, VANDALISM, RIOT OR EXPLOSION, TERRORISM, LIGHTNING, EARTHQUAKE, WINDSTORM, HAIL, VOLCANIC ERUPTION, WATER OR FLOOD, BREAKAGE OF GLASS, FALLING OBJECTS, OR NUCLEAR CONTAMINATION;

d. OF ANY OTHERWISE COVERED PART THAT DID NOT MEET MANUFACTURER'S SPECIFICATIONS, INCLUDING MODIFICATIONS AND/OR ALTERATIONS TO THE VEHICLE; MECHANICAL BREAKDOWN OR FAILURE OF ANY OTHERWISE COVERED PART THAT IS DIRECTLY OR INDIRECTLY RELATED TO A PART OR SYSTEM THAT DID NOT MEET MANUFACTURER'S SPECIFICATION OR HAS BEEN OTHERWISE MODIFIED OR ALTERED, SUCH PARTS AND MODIFICATIONS INCLUDE BUT ARE NOT LIMITED TO: HEADERS, ALTERED IGNITION SYSTEM, ALTERED ENGINE MANAGEMENT SYSTEMS, FREE FLOW EXHAUST SYSTEM, AFTERMARKET SUNROOFS, AFTER MARKET ALARM SYSTEMS, SNOW PLOWS, OVERSIZED OR UNDERSIZED TIRES, WHEELS OR LIFT AND DROP KITS, WHETHER OR NOT THE VEHICLE WAS PURCHASED WITH SUCH;

e. IF YOUR VEHICLE IS USED FOR: RACING ON OR OFF ROAD, IN A COMPETITION OR SPEED CONTEST;

f. IF YOUR VEHICLE IS USED FOR TOWING IN EXCESS OF TWO THOUSAND (2,000) POUNDS UNLESS EQUIPPED WITH A FACTORY APPROVED TOWING KIT AND AUXILIARY TRANSMISSION COOLER, AND THE WEIGHT OF THE TRAILER DOES NOT EXCEED THE VEHICLE MANUFACTURER'S TOWING SPECIFICATION;

g. IF YOUR VEHICLE IS USED FOR COMMERCIAL PURPOSES EXCEPT WHEN THE VEHICLE IS ELIGIBLE FOR COVERAGE AS DESCRIBED IN SECTION G. "COMMERCIAL VEHICLES" OF YOUR CONTRACT;

h. OF ANY PART(S), COMPONENT(S), OR REPAIR(S) STATED AS COVERED BY THE MANUFACTURER'S FULL, ORIGINAL OWNER/FIRST RETAIL PURCHASER WARRANTY FOR THE TERM AND MILEAGE OF SUCH COVERAGE TO THE ORIGINAL OWNER/FIRST RETAIL PURCHASER, WHETHER COLLECTIBLE OR NOT, OR CONTINUING MANUFACTURER'S WARRANTY COVERAGE THAT IS TRANSFERABLE TO SUBSEQUENT OWNER WHETHER TRANSFERRED OR NOT;

i. IF THE COVERED PART IS COVERED BY A MANUFACTURER'S WARRANTY, REPAIRER'S GUARANTEE, OR OTHER SERVICE

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

CONTRACT, OR INSURANCE POLICY OF ANY TYPE THEN SUCH WARRANTY, SERVICE CONTRACT OR INSURANCE SHALL BE PRIMARY AND COVERAGE UNDER THIS CONTRACT SHALL BE SECONDARY;

j. RELATED TO OPTIONAL COVERAGES OR EQUIPMENT AND/OR USE FOR WHICH A SURCHARGE IS APPLICABLE, UNLESS SUCH SURCHARGE HAS BEEN PAID AND IS NOTED ON THE DECLARATION PAGE;

k. IF IT IS DETERMINED THAT THE ODOMETER IS INACCURATE, HAS EVER BEEN INOPERATIVE, OR HAS BEEN ALTERED SUCH THAT THE VEHICLE'S TRUE MILEAGE CANNOT BE VERIFIED;

l. THAT IS THE RESULT OF A DEFECT THAT THE VEHICLE MANUFACTURER HAS ANNOUNCED AS THEIR RESPONSIBILITY BY A PUBLIC RECALL, TECHNICAL SERVICE BULLETIN AND/OR SPECIAL POLICY FOR THE PURPOSE OF CORRECTING SUCH A DEFECT;

m. DUE TO CONTINUED OPERATION AND FAILURE TO PROTECT THE VEHICLE FROM FURTHER DAMAGE ONCE A MECHANICAL BREAKDOWN OR FAILURE HAS OCCURRED;

n. OF A COVERED PART DAMAGED BY A NON-COVERED PART, OR OF A NON-COVERED PART DAMAGED BY A COVERED PART;

o. CAUSED BY MISUSE, ABUSE, NEGLIGENCE, INCORRECT COMPUTER PROGRAMMING, EXTERNAL NUTS, BOLTS, FASTENERS, CONTAMINATION OF COOLANT, FUEL, FLUIDS OR LUBRICANTS;

p. RESULTING OVERHEAT FROM ENGINE SLUDGE, CARBON, PRE-IGNITION, DETONATION, VARNISH, RUST, CORROSION, FOREIGN OBJECTS, DIRT, DUST, LIQUID, CRACKED RUBBER / NEOPRENE PARTS, DRY-ROT, ROAD CHEMICALS, ABUSE, ALTERATION, OR LACK OF PROPER AND NECESSARY AMOUNTS OF COOLANT, FUEL, FLUIDS OR LUBRICANTS;

q. PRE-EXISTING CONDITIONS THAT EXISTED PRIOR TO THE LATER OF YOUR CONTRACT PURCHASE DATE OR CONTRACT EFFECTIVE DATE AS LISTED ON YOUR DECLARATIONS PAGE AND THE COMPLETION OF YOUR WAITING PERIOD;

r. THAT OCCURRED OR IS REPORTED AFTER YOUR CONTRACT EXPIRATION OR CANCELLATION EFFECTIVE DATE;

s. FOR REPAIR OR REPLACEMENT OF HYBRID ENGINE POWERED VEHICLE BATTERIES OR FOR THE REPAIR OR REPLACEMENT OF PARTS ASSOCIATED WITH HYBRID ENGINE POWERED VEHICLE BATTERIES;

t. THAT OCCURS AS TO GRADUAL LOSS OF PERFORMANCE AND HAS RESULTED FROM NORMAL OPERATION AND USE (DUE TO VEHICLE MILEAGE AND/OR AGE) SUCH AS, BUT NOT LIMITED TO: VALVE GUIDES, VALVES, PISTON RINGS, TRANSMISSION CLUTCH PACK

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

DISCS AND BANDS, OR UNLESS WORN BEYOND MANUFACTURER TOLERANCES;

u. FOR NORMAL EXPANSION/CONTRACTION SEEPAGE OF SEALS AND GASKETS DUE TO AGE/MILEAGE;

v. WHEN THE MANUFACTURER'S NEW VEHICLE WARRANTY HAS BEEN DETERMINED NULL AND VOID BY THE MANUFACTURER.

2. STORAGE AND FREIGHT CHARGES;

3. REPAIRS NECESSITATED BY AN IMPROPER PRIOR REPAIR;

4. THE COST OF DIAGNOSIS, TEARDOWN, DISASSEMBLY OR ASSEMBLY IF A COVERED MECHANICAL BREAKDOWN OR FAILURE CANNOT BE VERIFIED BY THE ADMINISTRATOR;

5. ANY ADJUSTMENTS, REPOSITIONING, REFITTING, REALIGNING AND/OR CLEANING, INCLUDING BUT NOT LIMITED TO REPAIRS NECESSARY TO CORRECT: TRIM FIT, SQUEAKS, RATTLES, IDLE, WATER LEAKS OR WIND NOISE;

6. REPAIRS IF YOUR VEHICLE IS: A NON-U.S. SPECIFICATION MODEL, IS RATED OVER ONE TON PAYLOAD CAPACITY, IS A LEMON LAW BUYBACK VEHICLE, IS A GREY MARKET VEHICLE OR HAS EVER HAD A TITLE INDICATION OF SALVAGE, JUNK, BRANDED OR OTHER DESIGNATION INDICATING THAT THE VEHICLE HAD BEEN STOLEN, WRECKED, DESTROYED, WATER DAMAGED, OR OTHERWISE DAMAGED TO THE EXTENT THAT IT WAS CONSIDERED TO BE UNECONOMICAL TO REPAIR;

7. NORMAL MAINTENANCE ITEMS, PARTS, AND PROCEDURES SUCH AS, BUT NOT LIMITED TO:   ENGINE TUNE-UPS, OIL CHANGES, BRAKE PADS AND SHOES, FUSES AND FUSABLE LINKS, FUSE BOXES, COMPUTER PROGRAMMING, WHEEL OR SUSPENSION ALIGNMENT, FASTENING HARDWARE (EXTERNAL NUTS, BOLTS, SPRINGS, BRACKETS, ETC.), INJECTOR CLEANING, SHOP SUPPLIES, DISPOSAL FEES AND OTHER MISCELLANEOUS SHOP CHARGES;

8. LUBRICANTS, COOLANTS AND FLUIDS UNLESS REQUIRED IN CONNECTION WITH A COVERED REPAIR;

9. ANY PART THAT HAS NOT BROKEN OR FAILED, BUT FOR WHICH A REPAIR FACILITY RECOMMENDS OR REQUIRES REPAIR OR REPLACEMENT;

10. THE REPAIR OR REPLACEMENT OF VALVES AND/OR PISTON RINGS FOR THE PURPOSE OF RAISING THE ENGINE'S COMPRESSION OR CORRECTING OIL CONSUMPTION, STICKING OR STUCK RINGS, WHEN MECHANICAL BREAKDOWN OR FAILURE HAS NOT OCCURRED, INCLUDING WHEN SUCH CONDITION RESULTS FROM EXCESSIVE CARBON BUILD-UP.

11. ANY REPAIR IF VERIFIABLE RECEIPTS, AS REQUIRED IN SECTION E. VEHICLE MAINTENANCE REQUIREMENTS," ARE NOT PROVIDED IF REQUESTED BY THE ADMINISTRATOR;

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

D-M.SRB.13.DIA.ABC0.RS.AAS.ABI.00.v01.v75c

12. ANY COMPONENTS, PARTS OR COSTS INVOLVED WITH UPDATING, BETTERMENT, OR RETROFITTING OF COVERED COMPONENTS OR SYSTEMS OF YOUR VEHICLE FOR ANY REASON INCLUDING BUT NOT LIMITED TO: PRODUCT CHANGES, LACK OF PRODUCT AVAILABILITY, OR GOVERNMENT REGULATIONS;

13. REPAIRS TO CURE FLUID/OIL LUBRICANT SEEPAGE;

14. SHOP SUPPLIES AND HAZARDOUS WASTE REMOVAL ARE EXCLUDED;

15. RETROFITS OR REPLACEMENTS OF ANY COMPONENTS CAUSED BY OR DUE TO COMPLIANCE WITH LAW OR LEGISLATION, AND INCLUDING EMISSION CONTROL EQUIPMENT AND SENSORS ARE EXCLUDED;

16. IF IT IS DISCOVERED THAT A CONTRACT IS ERRANTLY SOLD TO YOU ON AN INELIGIBLE VEHICLE, THEN A FULL REFUND OF THE COST OF THE CONTRACT SHALL BE MADE TO YOU;

17. LOSS OF TIME, INCONVENIENCE, DAMAGE TO PROPERTY OR OTHER INCIDENTAL OR CONSEQUENTIAL DAMAGE THAT RESULTS FROM VEHICLE THEFT, MECHANICAL BREAKDOWN OR FAILURE, AND INJURY AND/OR DEATH OF ANY PERSON REGARDLESS IF THE DAMAGE OR INJURY WAS CAUSED BY YOUR VEHICLE OR ITS PARTS EITHER BEFORE OR AFTER REPAIRS HAVE BEEN MADE;

18. VEHICLES NOT INCLUDED IN ADMINISTRATOR'S RATE AND CLASS GUIDES, INCLUDING BUT NOT LIMITED TO MOTOR HOMES, MOTORCYCLES, RECREATIONAL VEHICLES, VEHICLES USED FOR AGRICULTURAL PURPOSES, EXOTIC VEHICLES, VEHICLES EQUIPPED WITH A SNOW PLOW, BRACKET AND/OR CONTROLS ARE NOT ELIGIBLE FOR COVERAGE UNDER THIS CONTRACT.

19. FAILURES TO THE AIR BAGS, SEAT BELTS OR SUPPLEMENTAL RESTRAINT SYSTEMS.

## E.  VEHICLE MAINTENANCE REQUIREMENTS

1.  This CONTRACT requires VEHICLE maintenance to be performed as follows:

    a.  VEHICLE maintenance services are to be performed as recommended by YOUR VEHICLE manufacturer. Contact YOUR local dealer or the manufacturer's website of the make of YOUR VEHICLE or the ADMINISTRATOR if YOU have questions about required VEHICLE maintenance;

    b.  **Keep all receipts for maintenance performed on YOUR VEHICLE** as YOU may, at OUR sole discretion, be required to present the receipts in the event of MECHANICAL BREAKDOWN or FAILURE.

    If requested, proof of required service including **verifiable receipts** showing date, mileage, and VEHICLE identification number of the VEHICLE at the time of service must be presented in order to have repairs authorized on YOUR VEHICLE. If YOU perform your own maintenance, YOU must maintain a log indicating the date and mileage of each service performed

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

and copies of receipts for oil, fluids, filters and other supplies used. YOU may, at OUR sole discretion, be required to provide a copy of the maintenance log and receipts in the event of a claim and YOUR failure or inability to do so may result in a denial of COVERAGE in accordance with this section.

**F.   IN THE EVENT OF A MECHANICAL BREAKDOWN OR FAILURE:**

1.  YOU shall protect the VEHICLE from further damage whether or not such MECHANICAL BREAKDOWN or FAILURE is covered by YOUR CONTRACT. **Any operation of the VEHICLE that results in further damage related to the original MECHANICAL BREAKDOWN or FAILURE shall be considered negligence on YOUR part and any such further damage shall not be covered under this CONTRACT. YOU are responsible for making sure that all VEHICLE fluids are full and that the oil warning light/gauge and temperature warning light/gauge are functioning before driving the VEHICLE. YOU are required to safely pull YOUR VEHICLE off of the road and shut off the engine immediately when any of the lights/gauges indicate a problem.**

2.  Present this CONTRACT to the REPAIR FACILITY and call the ADMINISTRATOR, toll free at **1-720-376-6885 or 800-859-9923.**

3.  The ADMINISTRATOR will determine the validity of the CONTRACT: proper owner, proper VEHICLE, that the CONTRACT is still in force and that payments are current if you enrolled in a payment plan at the time of purchase of this CONTRACT.

4.  YOU are responsible for authorizing and paying for any tear down and/or diagnosis time needed to determine if the VEHICLE has a covered MECHANICAL BREAKDOWN or FAILURE. This CONTRACT will not cover flat rate charges for diagnosis. If the breakdown is not caused by a covered MECHANICAL BREAKDOWN or FAILURE, YOU are responsible for payment of the expenses associated with the tear down and diagnosis.

5.  Prior to proceeding with repairs, ensure the REPAIR FACILITY calls the ADMINISTRATOR with an estimate of repairs and receives an authorization number from the ADMINISTRATOR. ADMINISTRATOR will not be liable for repairs performed without prior ADMINISTRATOR authorization, regardless of whether or not you have authorized the REPAIR FACILITY to complete the repairs. **Except for emergency repairs performed in accordance with and subject to the limitations included in F.11, any repair performed without prior authorization from the ADMINISTRATOR will not be covered.**

6.  The ADMINISTRATOR will verify COVERAGE, confirm the cost of repair using nationally recognized labor guides, authorize repair of COVERED PARTS and labor, and provide the REPAIR FACILITY with an authorization code.

7.  The ADMINISTRATOR reserves the right to inspect YOUR VEHICLE prior to issuing any authorization to the REPAIR FACILITY. In the event of a dispute

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION
CALL 720-376-6885 or 800-859-9923**

D-M.SRB.13.DIA_ABC0.RS.AAS.ABI.00.v01.v75c

between the ADMINISTRATOR and the REPAIR FACILITY, the ADMINISTRATOR reserves the right to move YOUR VEHICLE to a REPAIR FACILITY of the ADMINISTRATOR'S choice.

8. At the ADMINISTRATOR'S election, repair or replacement of COVERED PARTS will be made with parts of like kind and quality, including but not limited to new, re-manufactured, exchanged, or used components.

9. In-home repair (both self and mobile) is not covered under this CONTRACT. Any payment for the cost of transporting the VEHICLE to a REPAIR FACILITY as a result of an in-home repair effort, or expenses related to correction of ineffective or failed self-repair efforts is not covered.

10. YOU are responsible for paying any amounts not covered by this CONTRACT, including but not limited to the DEDUCTIBLE, for each visit to the REPAIR FACILITY.

11. Reimbursement for emergency repairs performed outside of normal business hours may be obtained by YOU only if YOU contact US no later than the first business day after such emergency repairs are performed and such emergency repairs meet the following criteria:

   a. The MECHANICAL BREAKDOWN or FAILURE must prevent YOU from safely operating YOUR VEHICLE.

   b. The need for repair is immediate and the ADMINISTRATOR'S office is closed.

   c. The MECHANICAL BREAKDOWN or FAILURE must be of a covered component of YOUR VEHICLE.

   d. The total cost of the repair and/or replacement must not exceed two hundred fifty dollars ($250.00). For any repair or replacement with a cost exceeding two hundred fifty dollars ($250.00), YOU must obtain ADMINISTRATOR'S prior authorization as set forth above or any amount in excess of two hundred fifty dollars ($250.00) will not be covered and will be YOUR responsibility.

12. The ADMINISTRATOR will make payment directly to the REPAIR FACILITY or to YOU for the covered and authorized repairs or additional CONTRACT benefits. The form of payment will be decided by the ADMINISTRATOR.

13. The maximum hourly rate to be paid on any covered repair will be determined based on the REPAIR FACILITY'S posted labor rates.

## G.  COMMERCIAL VEHICLES

1. This CONTRACT may be available for certain types of COMMERCIAL VEHICLES as long as: (a) the VEHICLE is not rated over one (1) ton payload capacity and; (b) the appropriate surcharge is paid at time of CONTRACT purchase.

2. Only the following commercial applications are eligible for coverage under this contract: delivery, messenger, route sales or services, inspections/examinations, maintenance or repair, gardening, and carrying hand tools to the job site.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION
CALL 720-376-6885 or 800-859-9923**

D-M.SRB.13.DIA.ABC0.RS.AAS.ABI.00.v01.v75c

3. COMMERCIAL VEHICLES are required to follow all original manufacturer's severe service scheduled maintenance and must not exceed maximum towing/load capacities. For specific information, consult YOUR owner's manual or a dealer who sells the make of YOUR VEHICLE.

4. VEHICLES used in any commercial manner not provided in G.2. above are not eligible for COVERAGE. Commercial uses not eligible for coverage include but are not limited to; taxi, limousine, shuttle, police or other emergency use, security service or any law enforcement agency, snow plowing, towing.

5. Any VEHICLE used as a rental or loaner is not eligible for coverage.

6. VEHICLES rated over one-ton payload capacity and fleet VEHICLES are not eligible for COVERAGE.

## H. INSURANCE INFORMATION

1. OUR obligations under this CONTRACT are insured by American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami, FL 33157. If WE fail to perform or make payment under the terms of the CONTRACT within sixty (60) days after YOU request performance or payment, YOU may apply directly to American Bankers Insurance Company of Florida. Please call 1-866-306-6694 for instructions. Consult the individual state provisions at the end of this CONTRACT to determine if YOUR state has any variances to the above.

2. Purchase of this CONTRACT is NOT REQUIRED in order to purchase or obtain financing for the VEHICLE. This CONTRACT is not issued by the manufacturer or wholesale company marketing the VEHICLE. This CONTRACT will not be honored by such manufacturer or wholesale company.

## I. CONTRACT PERIOD

The CONTRACT begins upon the CONTRACT effective date and starting odometer as indicated on the DECLARATIONS PAGE and will continue until the expiration date or expiration miles as shown on the CONTRACT DECLARATIONS PAGE. This CONTRACT is not renewable.

## J. TERRITORY

This CONTRACT applies only to a MECHANICAL BREAKDOWN or FAILURE occurring within the Continental United States, Alaska, Hawaii and Canada.

## K. LIMITATIONS OF LIABILITY

The aggregate limit of liability of all claims and benefits payable under this CONTRACT shall never exceed the amount stated on the DECLARATION PAGE or the Actual Cash Value (ACV) of the Vehicle as indicated in the then current NADA Official Used Car Guide as "rough trade-in" or "average trade-in" value depending

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

on the condition of the Vehicle as determined by the Administrator at the time immediately preceding the Mechanical Breakdown or Failure, taking age, mileage and condition into consideration and excluding tag, tax and licensing fees whichever is greater. Liability shall be limited to the reasonable price for repair or replacement of any COVERED PART and the reasonable amount of labor time needed for repair or replacement of any COVERED PART as based on a nationally recognized guide as selected by the ADMINISTRATOR (maximum labor rate as specified in Section F.13 of YOUR CONTRACT). Parts replacement may include new parts, or parts of like kind and quality, which may include used parts, after-market parts or remanufactured parts, as customarily used in the automobile industry.

YOU will be responsible for the cost of all repairs that exceed the aggregate limit of liability under this CONTRACT. The ADMINISTRATOR shall not be required to authorize or pay for any repair amounts if all needed or covered repairs are not performed on YOUR VEHICLE. WE will not be liable to YOU for consequential damages or injuries, nor for any costs or expenses that provide betterment, upgrade, or enhancement to YOU or YOUR VEHICLE. This limit of liability applies regardless of the cause and regardless of the legal theory asserted. There are no warranties that extend beyond the description on the face hereof. The warranties of merchantability and fitness for a particular purpose are expressly excluded and disclaimed.

## L.  SUBROGATION

YOU agree that WE, after honoring a claim on YOUR CONTRACT, have all rights of subrogation against those who may be responsible for YOUR MECHANICAL BREAKDOWN or FAILURE. YOU shall do whatever is necessary to secure such rights. YOU shall do nothing to prejudice such rights, and YOU shall execute and deliver to ADMINISTRATOR instruments and papers required to either secure or maintain such rights. All amounts recovered by YOU for which YOU were previously reimbursed under YOUR CONTRACT shall become OUR property or the property of OUR designee and shall be forwarded to the same by YOU, up to the total amount paid by US under YOUR CONTRACT.

## M.  DISPUTE RESOLUTION

Any legal dispute between YOU and ADMINISTRATOR relating to this CONTRACT may be resolved by arbitration. To begin arbitration, either You or We must make a written demand for arbitration within sixty (60) days of ADMINISTRATOR'S final decision. The arbitration will take place before a single arbitrator. It will be administered in keeping with the Conditionally Binding Arbitration Rules ("Rules") of the Better Business Bureau ("BBB") in effect when the Claim is filed. You may get a copy of the BBB's Rules by contacting BBB at 3801 E. Florida Avenue, Suite 350, Denver, CO 80210, calling (303) 758-2100, or visiting www.bbb.org.You agree that

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

D-M.SRB.13.DIA.ABC0.RS.AAS.ABL00.v01.v75c

any arbitration proceeding or litigation will only consider Your Claims. Claims by, or on behalf of, other individuals will not be arbitrated or litigated in any proceeding that is considering Your Claims. In the event of litigation involving this CONTRACT, venue shall be in the courts of Jefferson County, Colorado. Please refer to the Special State Disclosures section of this CONTRACT for any added requirements in Your state.

## N. TRANSFER OF YOUR CONTRACT

1. Only the Original CONTRACT Purchaser may transfer this CONTRACT.
2. The Original CONTRACT Purchaser must contact ADMINISTRATOR and submit ALL of the following information / documentation at time of transfer request in order to transfer the CONTRACT:
   a. Administrative processing fee of fifty dollars ($50.00), a completed transfer application (available from the ADMINISTRATOR) initiated by the original CONTRACT purchaser, and a copy of this CONTRACT; and
   b. A copy of proper documentation evidencing change of ownership and mileage at date of sale, including a notarized bill of sale signed by both parties; and
   c. The original CONTRACT holder must provide the new owner and the ADMINISTRATOR with copies of all receipts evidencing required maintenance has performed as described in the "VEHICLE Maintenance Requirements" section of YOUR CONTRACT;
3. This CONTRACT may not be transferred to another VEHICLE. It may only be transferred to a different private owner of the same VEHICLE;
4. The VEHICLE is subject to inspection (at OUR discretion and at YOUR expense) and transfer must take place within thirty (30) days of change of VEHICLE ownership;
5. YOU may not transfer this CONTRACT to a vehicle dealer or to the customer of a vehicle dealer, nor may this CONTRACT be transferred to a commercial use application user if the commercial use surcharge was not paid at time of original CONTRACT purchase;
6. All remaining underlying warranties must be transferred to the new owner;
7. The new CONTRACT holder will be bound by the TERMS AND CONDITIONS of this CONTRACT;
8. If the original owner / first retail purchaser full warranty does not transfer to the subsequent owner, this CONTRACT COVERAGE will not apply to any MECHANICAL BREAKDOWN or FAILURE that would have been covered for the original owner / first retail purchaser under the manufacturer's original owner / first retail purchaser full warranty.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

## O.   CANCELLATION

1. YOU may cancel this CONTRACT by contacting American Auto Shield, LLC at 1597 Cole Boulevard Suite 200, Lakewood, Colorado 80401 in writing and by submitting a request to cancel the CONTRACT and a Federal Odometer Statement or notarized affidavit verifying mileage at the time of request. YOU may cancel this CONTRACT within thirty (30) days of the CONTRACT purchase date, or twenty (20) BUSINESS days from the date the CONTRACT was mailed to you, whichever is later, if no claim has been made, and receive a full refund of the total CONTRACT purchase price. YOU may cancel this CONTRACT at any other time and if requested by YOU in writing, receive a pro rata refund based upon the total CONTRACT purchase price calculated upon the greater of the days in force or the miles driven compared to the total CONTRACT term, less claims paid and less the cancellation fee of seventy-five dollars ($75.00), subject to state specific information provided in any applicable state-specific variance page to this CONTRACT.

2. The ADMINISTRATOR may cancel this CONTRACT for non-payment of any portion of the CONTRACT purchase price, for misrepresentation in obtaining this CONTRACT, misrepresentation in the submission of a claim, or if YOUR VEHICLE is found to be modified in a manner not recommended by the VEHICLE manufacturer.

3. In the event YOUR CONTRACT is cancelled for non-payment, YOU will receive, at the ADMINISTRATOR'S discretion, either:

   a. a pro rata refund based upon the total CONTRACT purchase price calculated based upon the greater of the days in force or the miles driven compared to the total CONTRACT term, less claims paid and less a cancellation fee of seventy-five dollars ($75.00), subject to state specific information provided in applicable state specific addendum to this CONTRACT, or

   b. a continuation of YOUR COVERAGE until a future cancel date or odometer reading. This future cancel date and odometer reading shall be determined by calculating the percentage of the total CONTRACT price that has been paid after deducting a cancellation fee and claims paid, if applicable and applying that percentage to the CONTRACT term and mileage term purchased and adding such amounts to the CONTRACT effective date and the true and accurate starting odometer reading as provided in YOUR DECLARATIONS PAGE. Cancellation for misrepresentation in the submission of a claim, misrepresentation in obtaining the CONTRACT or VEHICLE modification shall be based on one hundred (100) percent of the unearned pro rata CONTRACT purchase price, as of the cancellation date, less claims paid and less the seventy-five dollar ($75.00) cancellation fee, if applicable.

4. All cancellation refunds for CONTRACTS that have not been completely paid for at the time of the cancellation may be fully or partially paid to the payment plan provider or other party responsible for collecting payments on YOUR CONTRACT as listed on the DECLARATIONS PAGE of this CONTRACT or any separate payment plan agreement entered into at the time of purchase.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

5. Anything contained in this CONTRACT to the contrary notwithstanding, in the event YOU do not accept or cash any refund check related to this CONTRACT within 90 days, that refund amount will be applied to extend coverage to a new coverage ending date with a new coverage ending odometer reading based on the total amount YOU have paid as a percentage of the overall CONTRACT price.

**NO CLAIMS WILL BE PAID WITHOUT PRIOR AUTHORIZATION**
**CALL 720-376-6885 or 800-859-9923**

## Addendum 1
## Additional Coverages

The following components/parts are COVERED in addition to the COVERAGE listed under Section B, of this CONTRACT.  COVERAGE for the component/parts listed below supersedes those excluded in Section D, "EXCLUSIONS," of this CONTRACT.

- **LUXURY ELECTRONICS PACKAGE (LEP)**: The following specifically named VEHICLE Manufacturer/Factory installed parts are covered: Radio/GPS/Navigation Components; integrated radio/GPS; Liquid Crystal Display (LCD) Screens; DVD Players; Rearview Back- up Camera and Sensors; Voice Activation Systems; Standalone seat heaters not integrated in upholstery; Sunroof and Convertible Top Motors.  COVERAGE is limited to either 1 (one) replacement or 1 (one) repair per component for the life of the Contract.

  **The above LEP COVERAGE is limited** only to FAILURES of the "base unit" and does not cover any remote controls, hand-held controls, wiring, game cartridges, headphones, DVDs, MP3 Players, programming, or any other non-listed parts for the covered LEP items above.  **Any aftermarket components are specifically excluded from coverage.**

- **EMISSIONS PACKAGE:**  The following components of YOUR VEHICLE will **NOT** be excluded under this CONTRACT:  Air Fuel Ratio Sensor/Oxygen Sensor, Air Pump, Barometric Pressure Sensor, Canister Purge Solenoid, EVAP Purge Canister, EVAP Leak detection Pump and Valve, EVAP vent valve, Deceleration Valve, EGR valve, EGR solenoid, EGR check valve, DPFE sensor, EGR controller, EGR diverter valve, EGR relay, Purge Valve, EGR position sensor, EGR lines, EGR/ EFE Thermal Vacuum Switch, EGR/EFE Valve, Engine Oil Fill Cap, Fuel Fill Cap, Fuel Fill Neck Restrictor, Fuel Tank Pressure Sensor, Fuel Tank Vent Valve, Fuel Temperature Sensor, Idle Air Control Valve, Intake Air Resonator, Intake Air Temperature Sensor, MAP Sensor, Mass Air Flow Sensor, PCV Sensor, Air injection control valve, Air injection check valve, Air injection Pump and Air injection Relay.

- **MARKET LABOR RATE:**   ADMINISTRATOR will authorize repairs for covered MECHANICAL BREAKDOWN OR FAILURE based upon the REPAIR FACILITY'S posted labor rate.  The maximum payable repair facility labor rate of One Hundred Dollars ($100.00) per hour shall not apply.

# PAYMENT PLAN AGREEMENT

Payment Plan Provider provided by:
**SING For Service, LLC d/b/a MEPCO**
10 S. Lasalle St., Suite 2310, Chicago, IL 60603
Fax: 866-656-6518     Telephone 800-397-9787

## Purchaser:

Name:   Jeremiah Dutcher
Address:   3000 Custer Rd Ste 270 206
City/State/Zip:   Plano, TX 75075-4422
Phone:   615-331-7262

## Seller:

Name:  CARSHIELD
Address:  503 Pearl Drive
City/State/Zip:  St. Peters, MO 63376
Phone:  800-587-4960
Salesperson:  David Buehrle

## Payment Plan Terms (all dollar amounts are in U.S. dollars)

| | |
|---|---|
| Total Sales Price ................................ $ | 2093.00 |
| Down Payment .................................... $ (Minimum 5% of Total Sales Price) | 295.00 |
| **Balance of Sales Price** ................. $ | 1798.00 |
| Number of Payments ........................... | 18 |
| Amount of Each Payment .................. $ (Balance of Sales Price divided by Number of Payments) | 99.89 |
| Payment Date (each month) ................ (First due date no more than 30 days from sale date) | 08/08/2021 |
| Final Payment Date ............................. (Date of last payment) | 01/08/2023 |

This Payment Plan Agreement ("Agreement") is between Purchaser and SING For Service, LLC d/b/a Mepco ("MEPCO"), a Seabury Asset Management Company. Purchaser has purchased a service contract ("Contract") from Seller that is issued by Administrator listed below ("Administrator"). This Agreement is entered into to enable Purchaser to pay for the Contract pursuant to an installment payment program.

F1                                                                FMEPCC26

## PAYMENT PLAN AGREEMENT

**PROMISE TO PAY**: In consideration of the sale of the Contract to Purchaser, Purchaser promises to pay to MEPCO, the Balance of Sales Price and all Applicable Charges shown under Payment Plan Terms, subject to the provisions of this Agreement.  Purchaser shall not have any right to reduce any amount owed to MEPCO pursuant to this Agreement for any reason whatsoever.

**CANCELLATION**: Purchaser has the right to cancel this Agreement at any time.  Purchaser may cancel this Agreement at any time by (i) electing not to make the next payment due pursuant to this Agreement or (ii) sending MEPCO a Termination Notice.  In the event that (a) Purchaser elects not to make the next payment due pursuant to this Agreement, (b) MEPCO receives a Termination Notice or (c) an Event of Default occurs hereunder, MEPCO may cancel the Contract and this Agreement.  After the effective date of Cancellation, Purchaser shall have no further obligation to make installment payments under this Agreement.  **IMPORTANT: Cancelling this Agreement does not immediately cancel your Contract; it only cancels your payment plan.  Coverage under your Contract will eventually be cancelled (in accordance with the terms of this Agreement) based on your nonpayment.  However, you should contact the Seller or Administrator in order to immediately cancel your Contract.**  Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to receive all unearned and return amounts and to assert any rights to reinstate the Contract and all proceeds thereof, and Purchaser's right to make a direct claim for indemnity against the Insurance Company.  In the event that Purchaser has made total payments to MEPCO in excess of the portion of the Total Sales Price plus Applicable Changes earned through the date of cancellation, Administrator or Seller shall refund the amount of such excess to Purchaser.

**POWER OF ATTORNEY**: Following any default hereunder, and subject to the Cancellation provisions above, Purchaser hereby irrevocably appoints MEPCO as its true and lawful attorney-in-fact, only for the limited purposes related to this Agreement set forth in the following sentence until all amounts payable hereunder are paid in full.  MEPCO shall have full power under this power of attorney to (i) cancel the Contract, (ii) receive, demand, collect or sue a n y p a r t y for any amounts relating to the Contract, (iii) endorse or execute in Purchaser's name all checks issued and all other documents or instruments relating to the Contract, and (iv) take such other actions as are reasonably necessary to further the purposes of this Agreement.

**APPLICABLE CHARGES**: If any payment due hereunder is more than five days late, and except as prohibited by applicable law, Purchaser agrees to pay MEPCO the Late Charge. Nothing herein shall be considered to waive any default hereunder or to grant any grace period with respect to any default for failure to make any payment on the Payment Date. Notwithstanding anything herein to the contrary, in the event that any scheduled payment is not made on or before the Payment Date, MEPCO may, in its sole discretion, direct Administrator or Seller to cancel the Contract and this Agreement at any time for nonpayment. Except as prohibited by applicable law, Purchaser agrees to pay to MEPCO a fee of $25 for each check or each debit that is dishonored by Purchaser's bank. Purchaser consents to the payment of all of the Applicable Charges in accordance with the Payment Option selected.

**DEFAULT PAYMENT OPTION**: If Purchaser fails to select a Payment Option, Purchaser shall be deemed to have selected a Monthly Bill.

**PREPAYMENT**: Purchaser shall have the right to prepay the entire unpaid Balance of Sales Price at any time, without penalty or discount.

**DEFAULT**: If (i) Purchaser  fails to make any payment due hereunder or comply with any other provision hereof, (ii) Purchaser becomes the subject of any voluntary or involuntary bankruptcy proceedings, (iii) Purchaser has a receiver or trustee appointed for it or its property, or (iv) Purchaser makes an assignment for the benefit of its creditors or admits in writing that it is unable to pay its debts as they become due, an "Event of Default" shall be deemed to have occurred. Upon the occurrence of an Event of Default, MEPCO shall have the right to take such actions as are available to MEPCO hereunder at law or in equity.  MEPCO shall be entitled to reimbursement for reasonable attorneys' fees and costs in enforcing MEPCO's rights hereunder.

**RELEASE**: Purchaser hereby releases and discharges MEPCO from any liability for damages with respect to any action taken following an Event of Default by Purchaser and shall indemnify and hold MEPCO harmless from any liabilities, claims, damages or causes of action in connection with any such action by MEPCO.

**PAYMENT AFTER CANCELLATION**: Any payment made by Purchaser after the effective date of cancellation (or after a notice of cancellation is mailed to Purchaser) will **not** result in a reinstatement of the Contract but will be applied to Purchaser's outstanding obligations, if any, under this Agreement. Neither the acceptance nor the application of any such payments shall constitute an undertaking by MEPCO to take steps to attempt to reinstate such Contract or constitute a waiver of any Event of Default hereunder.

**ACCEPTANCE, RATIFICATION, ACCURACY**: This Agreement shall be considered accepted by Purchaser and MEPCO upon the payment of the down payment and is effective as of Effective Date of Contract. Purchaser agrees that MEPCO shall have the authority to revise this Agreement to insert any provision omitted (including but not limited to the

due date of the first installment) upon written notice to Purchaser.  In addition, if the total payments due hereunder are increased due to underwriting considerations, MEPCO shall have the right, upon receipt of Purchaser's written authorization, to revise dollar amounts on the face of this Agreement.  Any change by Purchaser (by way of deletion, modification, supplementation or otherwise), to any portion of this Agreement shall render the Agreement voidable, at MEPCO's option.

**ASSIGNMENT**: MEPCO may, with or without notice to Purchaser, assign or pledge its rights, title and interest in, to and under this Agreement and the power of attorney herein described.  Upon written notice from any such assignee, Purchaser shall make all payments to such assignee without defense, offset or counterclaim.

**AGENTS OF SING For Service, LLC d/b/a MEPCO; AUTHORITY:**  Pursuant to one or more powers of attorney, MEPCO will, from time to time, appoint one or more third parties as its agent to take certain actions on its behalf in connection with this Agreement. The Purchaser is entitled to rely upon actions taken and statements made by such agents on behalf of, and in the name of, MEPCO to the same extent as if MEPCO had taken such actions or made such statements in its own name.

**LIMITED RESOURCE COVENANT:** The Purchaser understands and agrees that: (i) Mepco's obligations are solely the obligations of Mepco and of no other Person, payable at any time only to the extent funds are available to Mepco, (ii) to the extent funds at any time are not available to Mepco to pay such obligations, any claims relating thereto shall not constitute a claim against Mepco but shall continue to accrue; (iii) the payment of any claim (as defined in Section 101 of Title 11 of the Bankruptcy Code) is expressly subordinated to the payment in full of all of Mepco's outstanding obligations to its lenders and the administrative agent; and (iv) prior to the date that is one year and one day after the payment in full of all of Mepco's outstanding obligations, the Purchaser will not institute against, or join with any other Person in instituting against, Mepco any bankruptcy, reorganization, insolvency or liquidation proceedings or similar proceeding under the laws of the United States or any state of the United States.

**WAIVERS, REMEDIES, ENTIRE AGREEMENT**: MEPCO's failure to require strict performance of any provision hereof or to exercise any of its rights hereunder, shall not be construed as a waiver or relinquishment of any future rights under such provision, but the provision shall continue and remain in full force and effect.  The exercise of any rights or remedies by MEPCO under this Agreement is cumulative and shall not preclude MEPCO from exercising any other right or remedy it may have hereunder or at law.  Each provision hereof shall be interpreted in such manner as to be effective and valid under applicable law.  If any provision hereof is held to be unenforceable or invalid under applicable law, the unenforceability or invalidity of such provision shall not impair the validity or enforceability of the remaining provisions hereof.  Time is of the essence in this Agreement.

**MANDATORY ARBITRATION**: MEPCO and Purchaser mutually agree that (i) any one of them has the right to elect to resolve by binding arbitration:

any claim, dispute or controversy (whether in contract, tort or otherwise, whether pre-existing, present or future, and including statutory, common law, intentional tort, and equitable claims) arising from or relating to this Agreement; (ii) if arbitration is chosen, it will be conducted with the American Arbitration Association (the "AAA") pursuant the AAA's Commercial Arbitration Rules: (iii) THERE SHALL BE NO AUTHORITY FOR ANY CLAIMS TO BE ARBITRATED ON A CLASS ACTION BASIS; (iv) AN ARBITRATION CAN ONLY DECIDE MEPCO'S OR PURCHASER'S CLAIM(S) AND MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS; (v) ANY SUCH ARBITRATION HEARING WILL TAKE PLACE IN THE BOROUGH OF MANHATTAN, CITY OF NEW YORK, NEW YORK; (vi) Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such arbitration; and (vii) this Agreement is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act.

**GOVERNING LAW AND VENUE**: This Agreement shall be governed by and construed in accordance with the laws of the State of New York without regard to applicable conflict of law principles.  Purchaser hereby unconditionally and irrevocably waives any claim to assert that the law of any other jurisdiction governs this Agreement or the Contract.  Any legal suit, action or proceeding against MEPCO arising out of or relating to the Agreement or the Contract may only be instituted in Federal or State Court in the State of New York, Borough of Manhattan, City of New York, New York.  Purchaser hereby waives any objection which it may now or hereafter have based on venue and/or forum non conveniens of any such suit, action or proceeding and Purchaser hereby irrevocably submits to the jurisdiction of any such court in any such suit.

**WAIVER OF CLASS ACTION**: PURCHASER HEREBY WAIVES ANY RIGHT TO BRING ANY LEGAL ACTION OR PROCEEDING WITH RESPECT TO THIS AGREEMENT, THE CONTRACT OR ANY MATTER ARISING IN CONNECTION THEREWITH ON A CLASS ACTION BASIS.

**WAIVER OF JURY DEMAND**: PURCHASER HEREBY AGREES NOT TO ELECT A TRIAL BY JURY OF ANY ISSUE TRIABLE OF RIGHT BY JURY WITH REGARD TO THIS AGREEMENT, THE CONTRACT OR ANY OTHER ACTION ARISING IN CONNECTION HEREWITH OR THEREWITH.  MEPCO IS HEREBY AUTHORIZED TO FILE A COPY OF THIS PARAGRAPH IN THE EVENT OF ANY SUCH PROCEEDING.

| | | | |
|---|---|---|---|
| **Year:** | 2019 | **Contract #:** | ABF3783803 |
| **Make:** | VOLKSWAGEN | **Contract:** | Diamond 3y Elite |
| **Model:** | ATLAS | **Administrator:** | AASB |
| **VIN:** | 1V2ER2CA8KC502881 | **Contract and Payment Plan** | |
| **Term:** | 60   **Odometer:** 17,212 | **Effective Date:** | 07/08/2021 |

Refer to the Contract for the terms and conditions regarding the Contract.

In consideration of Purchaser being afforded the opportunity to pay for the Contract under the installment payment program, the Purchaser and MEPCO acknowledge and agree as follows:

Purchaser has paid to Seller for its account in cash the down payment disclosed under "Payment Plan Terms" towards the Total Sales Price of the Contract. The Balance of Sales Price shall be paid by Purchaser to MEPCO. Subject to the Cancellation provisions on Page F3 hereof, Purchaser promises to pay MEPCO, the Balance of Sales Price in accordance with the payment method selected by Purchaser from the options set forth below.

---

### Authorization for Credit Card Payment

The Balance of Sales Price may be paid by Purchaser through, and Purchaser hereby authorizes MEPCO to make, the applicable number of consecutive monthly charges to Purchaser's credit card account listed below, in the amounts and on the dates disclosed under the Payment Plan Terms, until such time as the Balance of Sales Price, together with the applicable charges described on page F3 hereof (the "Applicable Charges"), are fully paid, or until such time as MEPCO has received written notification of termination ("Credit Card Payment Termination Notice") from Purchaser in time to allow reasonable opportunity to act on it.

| *************5001 | 05/25 | AmEx |
|---|---|---|
| Credit Card Number | Expiration Date (MM/YY) | Type of Card |

I authorize charges to my credit card account for payment of the Balance of Sales Price together with all Applicable Charges in accordance with this Agreement.

---

PURCHASER SHALL HAVE THE RIGHT, AT ANY TIME, TO CANCEL THE CONTRACT BY NOTICE TO MEPCO ("Termination Notice") OR BY NONPAYMENT. PURCHASER SHALL HAVE NO OBLIGATION TO MAKE ANY INSTALLMENT PAYMENTS AFTER CANCELLATION. Subject to the Cancellation provisions on Page F3 hereof, unless MEPCO shall previously have received a Bill Termination Notice, (i) a late payment fee may be imposed in the amount of the lesser of 5% of the late payment or $5.00 in respect of any payment not received by MEPCO within five days of the scheduled Payment Date therefor (the "Late Charge"), and (ii) in the event that any scheduled payment is not made on or before the scheduled Payment Date, as provided in the Payment Plan Terms above, MEPCO is authorized by Purchaser (without notice thereof to Purchaser) to direct Administrator or Seller to cancel Purchaser's Contract and this Agreement at any time for nonpayment. Purchaser hereby assigns to MEPCO all of Purchaser's right, title and interest in and to the Contract, including Purchaser's rights to cancel the Contract, receive all unearned and refund amounts under the Contract and Purchaser's right to make a direct claim for indemnity against the Insurance Company. Purchaser represents to MEPCO that Purchaser's decision to purchase the Contract from Seller under the payment program did not result in Seller charging Purchaser a different Total Sales Price for the Contract than Purchaser would have paid if Purchaser had decided instead to pay the purchase price of the Contract in full at the time this Agreement was executed. The content and format of this Agreement have been adopted to provide Purchaser with important information in a clear and familiar form, and their use does not imply that any particular federal or state law relating to lending or installment sales is applicable to this Agreement or the transaction it contemplates. IF YOU FAIL TO MAKE ANY PAYMENT WHEN DUE, YOUR CONTRACT WILL BE CANCELLED.

By signing below, I agree I have had the opportunity to review, accept, and correct any errors contained in this Agreement.

☐ Purchaser understands that the personal information regarding Purchaser that is provided by Purchaser in connection with this Agreement will not be used or shared with any other party other than for the purpose of providing the services required by this Agreement and the Contract and as required or permitted by applicable law.

/s/ David Buehrle
Phone Authorized Agent
_____
PURCHASER

07/08/2021
_____
DATE

☒ This Agreement sets forth the terms and conditions of the payment plan authorized by Purchaser by phone or other electronic means. See page F3 for instructions to cancel.

**See page F3 for additional terms and conditions**